**Dismiss; Opinion Filed December 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00445-CV

## WHISHEIKA CHISSELL, Appellant
## V.
## PRESTONWOOD TRAILS, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-20-00533-C**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. After appellant failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by October 16, 2020. By postcard dated October 28, 2020, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant

has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200445F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WHISHEIKA CHISSELL, Appellant

No. 05-20-00445-CV      V.

PRESTONWOOD TRAILS,
Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-20-00533-C.

Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 10th day of December, 2020.